CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 0 8 2005

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| BRUNSON/ROSS COMMUNICATIONS, LLC | |
| Plaintiff, | Civil Action No. 7:04-CV00026 |
| v. | By: Hon. Michael F. Urbanski<br>United States Magistrate Judge |
| BIP, INC.<br>and<br>JAMES R. PRIDEMORE | |
| Defendants. | |

## FINAL JUDGMENT AND ORDER

For reasons stated in the accompanying Findings of Fact and Conclusions of Law filed this day, it is hereby **ADJUDGED** and **ORDERED** that judgment in this case is hereby entered in favor of the plaintiff in the amount of $39,486.19.

The Clerk is directed to send certified copies of this Order to counsel of record.

Enter this 1st day of September, 2005.

Michael F. Urbanski
United States Magistrate Judge