CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 0 8 2005

JOHN F. CORCORAN, CLERK
BY: /s/
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| BRUNSON/ROSS COMMUNICATIONS, LLC ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 7:04-CV00026 |
| ) | |
| v. ) By: | Hon. Michael F. Urbanski |
| ) | United States Magistrate Judge |
| BIP, INC. ) | |
| and ) | |
| JAMES R. PRIDEMORE ) | |
| ) | |
| Defendants. ) | |

## AMENDED
## FINAL JUDGMENT AND ORDER

For reasons stated in the accompanying Findings of Fact and Conclusions of Law filed this day, it is hereby **ADJUDGED** and **ORDERED** that judgment in this case is hereby entered in favor of plaintiff Brunson/Ross Communications, LLC and against defendants BIP, Inc. and James R. Pridemore in the amount of $39,486.19.

The Clerk is directed to send certified copies of this Order to counsel of record.

Enter this 7th day of September, 2005.

/s/ Michael F. Urbanski
Michael F. Urbanski
United States Magistrate Judge